# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 24, 2017

_____

DOCKET CORRECTION NOTICE
_____

No. 16-4443,   US v. Akba Jordan
              5:14-cr-00058-FL-2

TO:   Elizabeth Anne Franklin-Best

Correction Due Upon Request But No Later Than:  January 31, 2017

Please file the corrections identified below and file a corrected document by the date indicated using the **MOTION** entry.

_____

[X] Motions for voluntary dismissal of a criminal appeal <u>must be signed by appellant personally</u>, OR counsel must state why a signature could not be obtained and the basis for counsel's understanding that appellant wishes to dismiss the appeal. Local Rule 42. Please file an amended motion complying with the signature requirement.


Cathi Bennett, Deputy Clerk
804-916-2702